IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TRENTON HAWKINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. CIV-09-0008-F |
| | ) |
| KAREN HEWS, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

In his Report and Recommendation of January 13, 2009 (doc. no. 5), Magistrate Judge Gary M. Purcell recommended that plaintiff's motion for leave to proceed *in forma pauperis* be denied because plaintiff has sufficient resources to pay the full filing fee. (Motion at doc. no. 2.) The Report further recommended that this action be dismissed without prejudice unless plaintiff pays the full filing fee by February 2, 2009. The Report advised plaintiff of his right to file an objection to the Report by February 2, 2009, and advised that failure to object to the Report would waive appellate review of the rulings contained in the Report. No objection has been filed, and no request for an extension of time within which to object has been filed.

Accordingly, after review, and with no objection having been made, the Report and Recommendation of Magistrate Judge Gary M. Purcell is **ACCEPTED**, **ADOPTED** and **AFFIRMED** in its entirety. Plaintiff's motion for *in forma pauperis* status is **DENIED**, and this action is **DISMISSED** without prejudice for failure to pay the full filing fee.

Dated this 18th day of February, 2009.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

09-0008p002.wpd